# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAY VISIONS INC. , <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE INC., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C09-1769MJP |

\_\_        **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X          **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT DISMISSES the action with prejudice and GRANTS plaintiff's unopposed motion for voluntary dismissal. The Court GRANTS Defendants' motion for sanctions, and imposes sanctions in the amount of $137,168.41 on Play Visions and its counsel jointly and severally. The Court DENIES the motion for statutory fees. The Court FINDS AS MOOT Plaintiff's pending motions for summary judgment. (Dkt. Nos. 64, 69, 75.) Sanctions must be paid within 15 days of the entry of this order.

Dated June 8, 2011.

                                                     William M. McCool
                                                     Clerk of Court

                                                     s/Mary Duett
                                                     Deputy Clerk